In The United States District Court

For the Northern District of Ohio

4: 16 CV 2334

_____Case number_____

John Edward Medved                )

__Plantiff__                       )          Judge_____ JUDGE LIOI ____

-VS-                                          MAG. JUDGE BURKE

U.S. Department of Justice

United States Parole COMMISSION

90 k street N.E.3rd Floor                      complaint

Washington D.C.  20530

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN
2016 SEP 20  PM 2:51
FILED

   Plaintiff states that the United States Parole commission has violated my 5th amendment rights concerning due process and my 9th amendment rights which states in part that you can not apply the law to some equally and not do the same concerning others. By doing so would be a blatant form of discrimination. The 8th amendment involves cruel and and unusual punishment. These infractions took place when the federal parole board refused to answer my parole officers. F3 forms that she filed on a yearly basis, The years involved are 1999 to 2000, 2001, 2003, 2004, thru 2009to 2010, 2011,2012,2013,2014. I could not appeal their decision because there was no decision. My parole officer stated to me they would not even return her phone calls concerning me. She further stated she has never seen a case like mine. The parole board acts like you don't even exists.

To make matters worse the parole commission pursuit to 28 CFR section 2.43(c) should have provide me with a timely termination hearing which is required by law. I was entitled to have a hearing in Nov. of 2000 but the parole board took it upon themselves to have it 2002, 2 years later. In violation of congressional law. However,thru no fault of my own the second termination hearing should have been held in mid November of 2005, that would have been in the five year mark required in accordance to Congressional Law.On top of all this the parole board once again took it upon themselves to have another termination hearing 2 1/2 years later over the five year mark .instead the hearing was held May 21, 2015 when it should have been held Dec. 2012,          This act within itself of deliberate indifference resulted in an unlawful period of over detention.

Wherefore the plaintiff seeks damages of $400,000.00 or a jury trial if defendant will not come to terms of the damages concerning this case number_____

I declare under penalty of perjury that the forgoing is true and correct

Executed thus date of 5-07-16    _John E Medved_    Phone 234-806-9114
                    9/20/16    53 South Kimberly
                               Austintown OH 44515